[Nos. 63943-9-I; 65201-0-I.   Division One.   April 18, 2011.]

ROBERT BRUCE STRUTHERS ET AL., *Appellants*, v. THE CITY OF SEATTLE, *Respondent*.

Appeals from judgments of the Superior Court for King County, Nos. 07-2-21844-1 and 08-2-17862-5, Steven C. Gonzalez and Laura C. Inveen, JJ., entered July 7, 2009 and March 8, 2010. *Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Lau and Spearman, JJ. Now published at 162 Wn. App. 5.

[No. 64364-9-I.   Division One.   April 18, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHNNIE LEE WALTERS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-05013-7, Helen Halpert, J., entered October 12, 2009. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Dwyer, C.J., and Cox, J.

[No. 64617-6-I.   Division One.   April 18, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA ASA McINTIRE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-01298-7, Monica J. Benton, J., entered November 19, 2009. *Reversed* by unpublished opinion per Becker, J., concurred in by Leach, A.C.J., and Schindler, J.

[No. 64647-8-I.   Division One.   April 18, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. S.S., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-8-00630-1, Julia Garratt, J. Pro Tem., entered December 1, 2009. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Appelwick and Spearman, JJ.